# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*
2:25-cr-00150-RFB-BNW-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Manuel Mundo Jr. | Eastern District of Michigan | Ann Arbor |

✓ FILED    ___ RECEIVED
___ ENTERED    ___ SERVED ON

JUNE 02 2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ AMMi DEPUTY

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Judith E. Levy |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 03/03/2025 | TO 03/02/2030 |
|---|---|---|

**OFFENSE**
Count 1: 21 U.S.C. §§ 846, 841(a)(1) -Conspiracy to Possess With Intent to Distribute a Controlled Substance (400 grams or More of Fentanyl)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision).
Transfer of Jurisdiction will provide economic and administrative advantages. It would also aid in protecting public safety by helping ensure violations or non-compliant behaviors are addressed in a timely fashion and with the most efficiency.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    EASTERN    DISTRICT OF    MICHIGAN

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    District of Nevada    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 30, 2025          s/Judith E. Levy
*Date*          *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/3/2025          [signature]
*Effective Date*          *United States District Judge*