Form 12 - Travel
D/NV Form
Rev. June 2014

## United States District Court
### for
### the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Manuel Mundo**

Case Number:  **2:25CR00150**

Name of Sentencing Judicial Officer: **Honorable Judith E. Levy**

Date of Original Sentence: **October 3, 2022**

Original Offense: **Conspiracy to Possess with Intent to Distribute a Controlled Substance (400 Grams or More of Fentanyl)**

Original Sentence: **65 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **March 3, 2025**

Date Jurisdiction Transferred to District of Nevada: **June 3, 2025**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware**

## SUMMARY

On October 3, 2022, Manuel Mundo was sentenced to a term of 65 months imprisonment followed by five (5) years' supervised release for committing the offense of Conspiracy to Possess with Intent to Distribute a Controlled Substance (400 Grams or More of Fentanyl), a Class A Felony. On March 3, 2025, Mundo commenced his term of supervised release in the District of Nevada.

Mundo is requesting travel to Mexico on April 23, 2026, returning on April 25, 2026, to visit his sons he has not seen in four years. Mundo will be staying with his children at their mother's home, located at 19704 Pedro de Gante Tijuana Baja California, Mexico. Mundo will be driving his personal vehicle to the location and estimates his cost of travel being $300.

Mundo has been employed as a truck driver since February 2025. Mundo paid his $100 special assessment fee on May 4, 2023.

**RE: Manuel Mundo**

Form 12 - Travel
D/NV Form
Rev. June 2014

Our office respectfully defers to the Court to approve or deny Mundo's request to travel outside of the country. Should the Court have any questions, the Probation Office will be available at the Court's convenience.

Respectfully submitted,

Digitally signed by
Victoria Willard
Date: 2026.03.27
13:51:48 -07'00'

Victoria Willard
Probation Officer Assistant

Approved:

Digitally signed by
Amberleigh Barajas
Date: 2026.03.27
12:56:55 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer

## *THE COURT ORDERS*

**X**  Requested Travel is Approved

☐  Requested Travel is Denied

☐  Other

_____
Signature of Judicial Officer

4/3/2026
_____
Date